SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIP P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. 3:07-cv-04096-PJH<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: November 21, 2007<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br>JUDGE: Hon. Phyllis J. Hamilton |

[Captions Continued on Next Page]

NOTICE OF MOTION AND MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

| | | |
|---|---|---|
| 1 | | |
| 2 | PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04184-PJH |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-04140-PJH |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR. and CHRISTOPHER J. ZYDA, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04141-PJH |
| 16 | | |
| 17 | Plaintiff, | |
| | v. | |
| 18 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | ALLEN M. METZGER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-cv-04686-PJH |
| 22 | | |
| 23 | Plaintiff, | |
| | v. | |
| 24 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

NOTICE OF MOTION AND MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 21, 2007 at 9:00 a.m., or soon thereafter as the matter may be heard, class member Ronald Larson ("Movant"), by his counsel, will move, and hereby does move, this Court for an Order: (i) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Ronald Larson as lead plaintiff; (iii) approving Ronald Larson's selection of the law firm of Schiffrin, Barroway, Topaz & Kessler, LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Ronald Larson submits herewith a Memorandum of Points and Authorities and Declaration of Alan R. Plutzik. A proposed form of Order is also submitted herewith.

Dated: October 9, 2007

Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

s/Alan R. Plutzik
Alan R. Plutzik, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

NOTICE OF MOTION AND MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

1