**ORIGINAL**

*FILED 07 OCT -9 PM 3: 13*

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad
   E-mail: rbemporad@lowey.com
8  David C. Harrison
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

14

15                      **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| JOSEPH LEONE, Individually And On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>              vs.<br><br>S. TREZEVANT MOORE JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFIELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>                         Defendants. | 3:07-cv-04073-PJH<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*** |

[caption continued on next page]

---

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04141-PJH |

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04686-PJH |

I, Jeanne D'Esposito, hereby apply for permission to appear *pro hac vice* before this Court in the above-captioned matter, and declare that:

1. I am a member of the law firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC"), counsel for Southern Improvement Co., VSA Inc., and Allen Dayton in this litigation. My business address is One North Broadway, White Plains, New York 10601-2310.

2. I am an active member in good standing of the bar of the highest court of the State of New York.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

4. Serving as LDBSC's local counsel is:

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1

1 | Joseph J. Tabacco, Jr. (SBN 75484)
2 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
  | 425 California Street, Suite 2100
  | San Francisco, California 94104
3 | Telephone:   415-433-3200
  | Facsimile:   415-433-6382

an active member in good standing of the State Bar of California and the bar of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in White Plains, New York, on this 6th day of October, 2007.

_____
Jeanne D'Esposito

---

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1                                    2