**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   JOSEPH LEONE,

              Plaintiff,                    No. C 07-4073 PJH
8
         v.
9
    S. TREZEVANT MOORE, JR., et al.,        **ORDER CONSOLIDATING CASES**
10
              Defendants.
11  _____

12  ROSENBLUM CAPITAL LLC,

13            Plaintiff,                     No. C 07-4096 PJH

14       v.

15  LUMINENT MORTGAGE CAPITAL, INC.,
    et al.,
16
              Defendants.
17  _____

18  HOWARD J. KAPLOWITZ IRA,

19            Plaintiff,                     No. C 07-4140 PJH

20       v.

21  LUMINENT MORTGAGE CAPITAL, INC.,
    et al.,
22
              Defendants.
23  _____

24  ELLIOT GREENBERG,

25            Plaintiff,                     No. C 07-4141 PJH
         v.
26
    LUMINENT MORTGAGE CAPITAL, INC.,
27  et al.,

28            Defendants.
    _____

**United States District Court**
For the Northern District of California

1  PEM RESOURCES LP,

2           Plaintiff,                 No. C 07-4184 PJH

3      v.

4  LUMINENT MORTGAGE CAPITAL, INC.,
   et al.,

5

6           Defendants.
   _____

7  ALLEN M. METZGER,

8           Plaintiff,                 No. C 07-4686 PJH

9      v.

10  LUMINENT MORTGAGE CAPITAL, INC.,
   et al.,

11

12           Defendants.
   _____/

13        The above-entitled related actions are hereby consolidated for all purposes,

14  including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil

15  Procedure 42(a).  The consolidated action shall be captioned <u>In re Luminent Mortgage</u>

16  <u>Capital, Inc., Securities Litigation</u>, Case No. C 07-4073 PJH, and the files of this action

17  shall be maintained in one file under No. C 07-4073 PJH.  The docket in C 07-4073 PJH

18  shall constitute the Master Docket for this action.

19        Any other related actions now pending or subsequently filed in, or transferred to, this

20  District shall be consolidated into this action for all purposes.  This order shall apply to

21  every such related action, absent order of the court.  A party that objects to such

22  consolidation, or to any other provision of this order, must file an application for relief from

23  this order within 14 days after the date on which the order is electronically filed.

24        The parties shall file a notice of related cases pursuant to Civil Local Rule 3-12

25  whenever a case that should be consolidated into this action is filed in, or transferred to,

26  this District.

27                  APPOINTMENT OF LEAD PLAINTIFF'S COUNSEL

28        All motions for appointment of lead plaintiff and lead plaintiff's counsel, previously

2

**United States District Court**

For the Northern District of California

1  filed in any of the above-entitled actions, shall be WITHDRAWN by the parties that filed

2  such motions, and shall be re-filed in the consolidated action, C 07-4073 PJH, no later than

3  Wednesday, October 17, 2007.  The motions shall be noticed for hearing on Wednesday,

4  November 21, 2007.

5      After the court has designated a lead plaintiff and approved lead counsel, lead

6  plaintiff's counsel shall have authority to speak for and enter into agreements on behalf of

7  plaintiffs in all matters regarding pretrial procedures, discovery and settlement negotiations.

8      Lead plaintiff's counsel shall manage the prosecution of this litigation to avoid

9  duplicative or unproductive activities.  Lead plaintiff's counsel shall be responsible for

10  coordination of all activities and appearances on behalf of plaintiffs and for dissemination of

11  notices and orders.  Lead plaintiff's counsel shall be responsible for communications with

12  the court.  Lead plaintiff's counsel shall communicate with other plaintiffs' counsel and have

13  the right to assign projects to other plaintiffs' counsel.  Defendants' counsel may rely upon

14  agreements made with lead plaintiff's counsel.  Such agreements shall be binding on all

15  plaintiffs.

16                        PLEADINGS AND MOTIONS

17      Defendants are not required to respond to the complaint in any action consolidated

18  into this action, other than a consolidated complaint or a complaint designated as the

19  operative complaint.  Lead plaintiff shall file a consolidated complaint within 60 days after

20  the filing of the order designating the lead plaintiff, unless otherwise agreed upon by the

21  parties.

22      The consolidated complaint shall be the operative complaint and shall supersede all

23  complaints filed in any of the actions consolidated herein.  The consolidated complaint shall

24  comply with the pleading requirements of the Private Securities Litigation Reform Act, as

25  interpreted by the United States Supreme Court and the Ninth Circuit Court of Appeals.

26      Defendants shall respond to the consolidated complaint within 45 days after service,

27  unless otherwise agreed upon by the parties.  If defendants file any motions directed at the

28  consolidated complaint, the opposition brief shall be filed within 45 days of filing that motion

1  and the reply brief shall be filed within 21 days of the filing of the opposition brief, unless

2  otherwise agreed upon by the parties and approved by the court.

3

4  **IT IS SO ORDERED.**

5  Dated:  October 10, 2007

6  _____
   PHYLLIS J. HAMILTON
7  United States District Judge